4

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. DANIEL G. SANCHEZ, Defendant.

### DECISION

No. 9901

The application of the above-named defendant for a review of the sentence of 5 years each count consecutively for 2 counts Theft imposed on May 14th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentences be and remain as originally imposed.

We wish to thank Gilbert U. Burdett, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

### SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.


From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. JON PASCHKE, Defendant.

### DECISION

No. 8860

The application of the above-named defendant for a review of the sentence of 5 years for Criminal Possession of Dangerous Drugs imposed on December 28th, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Frank Kampfe, Attorney at Law, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

### SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.


From: The District Court of the Seventh Judicial District. County of Richland.

STATE OF MONTANA, Plaintiff, vs. REBECCA A. DOSHIER, Defendant.

### DECISION

No. 1201 C

The application of the above-named defendant for a review of the sentence of 5 years for Theft imposed on May 19th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and is hereby reduced to time served. This division does feel this was a proper sentence. However in light of the fact that defendant has no prior criminal record and the unique circumstances of the crime, do not warrant further incarceration of the defendant.

We wish to thank Jock West, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

### SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.